Francis H. Morrison III (*pro hac vice* pending)
AXINN VELTROP HARKRIDER LLP
90 State House Square
9th Floor
Hartford, Connecticut 06103
Telephone: (860) 275-8100
Facsimile: (860) 275-8101
Email: fhm@avhlaw.com

Ben M. Davidson (State Bar No. 181464)
Heather H. Fan (State Bar No. 215201)
DAVIDSON LAW GROUP
11377 West Olympic Boulevard
Los Angeles, California 90064
Telephone: (310) 473-2300
Facsimile: (310) 473-2941
Email: bdavidson@davidson-lawfirm.com
Email: hfan@davidson-lawfirm.com

Attorneys for Plaintiffs MEGA BRANDS, INC.
and MEGA BRANDS AMERICA

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MEGA BRANDS INC., a foreign corporation, and MEGA BRANDS AMERICA, INC., a New Jersey corporation,<br><br>            Plaintiffs,<br><br>     v.<br><br>LEGO JURIS A/S, a foreign corporation, and LEGO GROUP, a foreign corporation,<br><br>            Defendants. | Case No. SACV 12-00064-JVS(ANx)<br><br>**ORDER TO SHOW CAUSE WHY A PRELIMINARY INJUNCTION SHOULD NOT ISSUE** |

# [PROPOSED] ORDER

Upon reviewing the papers filed by Plaintiffs MEGA Brands Inc. and MEGA Brands America, Inc. in support of their *Ex Parte* Application for a Temporary Restraining Order ("Application"), including the Summons and Complaint, the Memorandum of Points and Authorities, the Declarations of Vic Bertrand and Mark P. Girgis, together with the exhibits attached thereto, and all pleadings and proceedings heretofore had herein, and having considered the factors relating to: (i) Plaintiffs' probability of success on the merits; (ii) the risks of irreparable injury to Plaintiffs in the event preliminary relief is denied; (iii) the existence of serious questions going to the merits of Plaintiffs' claim; (iv) the balance of hardships; and (v) the public interest, as well as the need for immediate relief by Plaintiffs in light of the ongoing damage to Plaintiffs' business reputation and goodwill with its retail customers and business partners, the Court HEREBY FINDS and ORDERS as follows:

Defendants LEGO Juris A/S and LEGO Group, are HEREBY ORDERED TO SHOW CAUSE before the undersigned at the United States District Courthouse, 411 W. 4th St., Santa Ana, California, Courtroom 10C, at 4:00 p.m. PST on February 1, 2012, or at such other time that this Court deems appropriate, why they, and their officers, agents, employees, successors and assigns, and those persons in active concert or privity with any of them, should not be restrained and enjoined, pending trial of this action, from asserting Trademark Registration No. 2,273,314 against Plaintiffs before the United States Customs and Border Patrol.

Any papers filed by Defendants in response to the Order to Show Cause must be filed and served by hand, e-mail or facsimile transmission on Plaintiffs' counsel by no later than 5:00 p.m. PST on January 26, 2012. Any reply papers that Plaintiffs may elect to file must be filed and served by

-2-

hand, e-mail or facsimile transmission on Defendants' counsel on or before noon p.m. PST on January 30, 2012.

**IT IS SO ORDERED**

Dated: January 18, 2012

By: _____
United States District Judge